**Civil Form 4, Nongovernmental Corporate Disclosure Statement**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

New Hampshire Indonesian Community Support, et al.,

v.

Donald J. Trump, President of the United States,
in his official capacity, et al.,

Civil No. Case #/Judge Initials

**MAKE THE ROAD NEW YORK
DISCLOSURE STATEMENT
<u>LOCAL RULE 7.1.1</u>**

[This form is to be completed and filed only by parties and intervenors that are nongovernmental corporations, partnerships, or limited liability companies.  Check the appropriate box(es).]

☐	The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

- O R -

☐	The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

- O R -

☐	The filing party, a limited liability company (LLC), identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

- AND/O R -

☐	The filing party identifies the following publicly held corporations with which a merger agreement exists:

- O R -

☒	The filing party has none of the above.

(Added 1/1/01; amended 1/1/03, 12/1/09, 12/1/13, 12/1/22)