## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-38 |

### MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF GRACE CHOI AS COUNSEL FOR PLAINTIFFS

1. Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, New Hampshire Indonesian Community Support, League of United Latin American Citizens, and Make the Road New York ("Plaintiffs") respectfully move this court for an order admitting Grace Choi to the bar of this Court, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned case. Ms. Choi is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Choi to appear before this Court.

2. Ms. Choi is a member in good standing of the bar of New York; she is not suspended or disbarred in any jurisdiction or involved in any disciplinary proceedings; and she has never had *pro hac vice* status denied or revoked by any court. An affidavit attesting to these facts is attached.

3. For the foregoing reasons, Plaintiffs respectfully request that this Court grant this motion and enter an order for admission of Ms. Choi *pro hac vice* in the above-captioned case.

4. **Certificate of Concurrence**: Pursuant to Local Rule 7.1(c), undersigned counsel for Plaintiffs certify that Plaintiffs have made a good faith attempt to obtain concurrence in the

relief sought. Plaintiffs sought concurrence on the evening of January 20, 2025 and had not yet obtained assent by the time of filing on the same date.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

A. Grant this Motion for Admission *Pro Hac Vice* of Grace Choi; and

B. Grant such other and further relief as may be just and equitable.

Date: January 20, 2025                              Respectfully submitted,

*/s/ Gilles Bissonnette*
Gilles R. Bissonnette (N.H. Bar No. 266657)
SangYeob Kim (N.H. Bar No. 266657)
Henry R. Klementowicz (N.H. Bar. No. 21177)
Chelsea Eddy (N.H. Bar No. 276248)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH  03301
Tel. 603.224.5591
sangyeob@aclu-nh.org
gilles@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, et al., <br><br> *Defendants*. | Case No. 1:25-cv-38 |

### AFFIDAVIT OF GRACE CHOI

I, Grace Choi, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the American Civil Liberties Union Foundation, Inc. My office address is 125 Broad Street, 18th Floor, New York, NY 10004. My email address is gchoi@aclu.org, and my telephone number is (212) 549-2500.

2. In accordance with LR 83.2(b)(1)(B), the following are the bars in which I am admitted to practice, along with the years and dates of my admission.

| Bar | Date of Admission | Bar Number |
|---|---|---|
| New York Court of Appeals | December 21, 2022 | 5995865 |

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed bars.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

-4-

7.  In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8.  In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 20, 2025

Respectfully submitted,

*/s/ Grace Choi*
Grace Choi
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
gchoi@aclu.org