IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-38 |

## MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF WINIFRED KAO AS COUNSEL FOR PLAINTIFFS

1.  Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, Indonesian Community Support, Legal of United Latin American Citizens, and Make the Road New York ("Plaintiffs") respectfully move this court for an order admitting Winifred Kao to the bar of this Court, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned case. Ms. Kao is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Kao to appear before this Court.

2.  Ms. Kao is a member in good standing of the bars of California, the U.S. Supreme Court, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Fourth Circuit, the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California, the U.S. District Court for the Eastern District of California, and the U.S. District Court for the Southern District of California; she is not suspended or disbarred in any jurisdiction or involved in any disciplinary proceedings; and she has never had *pro hac vice* status denied or revoked by any court. An affidavit attesting to these facts is attached.

-2-

3. For the foregoing reasons, Plaintiffs respectfully request that this Court grant this motion and enter an order for admission of Ms. Kao *pro hac vice* in the above-captioned case.

4. **Certificate of Concurrence**: Pursuant to Local Rule 7.1(c), undersigned counsel for Plaintiffs certify that Plaintiffs have made a good faith attempt to obtain concurrence in the relief sought. Plaintiffs sought concurrence on the evening of January 20, 2025 and had not yet obtained assent by the time of filing on the same date.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

A. Grant this Motion for Admission *Pro Hac Vice* of Winifred Kao; and

B. Grant such other and further relief as may be just and equitable.

Date: January 20, 2025              Respectfully submitted,

*/s/ Gilles Bissonnette*
Gilles R. Bissonnette (N.H. Bar No. 266657)
SangYeob Kim (N.H. Bar No. 266657)
Henry R. Klementowicz (N.H. Bar. No. 21177)
Chelsea Eddy (N.H. Bar No. 276248)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH  03301
Tel. 603.224.5591
sangyeob@aclu-nh.org
gilles@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No.  1:25-cv-38 |

## AFFIDAVIT OF WINIFRED KAO

I, Winifred Kao, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at Asian Law Caucus. My office address is 55 Columbus Avenue, San Francisco, CA 94111.  My email address is winifredk@asianlawcaucus.org, and my telephone number is (415) 896-1701.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| U.S. Supreme Court | October 14, 2013 | 288678 |
| U.S. Court of Appeals for the Ninth Circuit | December 13, 2011 | 241473 |
| U.S. Court of Appeals for the Sixth Circuit | December 7, 2009 | |
| U.S. Court of Appeals for the Fourth Circuit | February 4, 2005 | |
| U.S. District Court for the Northern District of California | March 31, 2006 | 241473 |

-3-

| | | |
|---|---|---|
| U.S. District Court for the Central District of California | June 19, 2007 | 241473 |
| U.S. District Court for the Eastern District of California | August 24, 2007 | 241473 |
| U.S. District Court for the Southern District of California | November 6, 2017 | 241473 |

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 20, 2025    Respectfully submitted,

/s/ *Winifred Kao*
Winifred Kao
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
(415) 915-4453
winifredk@asianlawcaucus.org