IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, et al., <br><br> *Defendants*. | Case No. 1:25-cv-38 |

**NOTICE OF WITHDRAWAL OF DUPLICATIVE MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF SPENCER AMDUR AS COUNSEL FOR PLAINTIFFS (DN 11)**

Plaintiffs hereby withdraw their second, duplicative Motion for the Admission, *Pro Hac Vice*, of Spencer Amdur as Counsel for the Parties at DN 11. This Motion is Duplicative of DN 10, which is pending before the Court.