# DECLARATION OF REVEREND SANDRA PONTOH, DIRECTOR OF THE NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT

I, Sandra Pontoh, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Director of the New Hampshire Indonesian Community Support (NHICS). In this capacity, I engage in, coordinate, and direct NHICS's community support for the Indonesian community in New Hampshire. I am also a reverend and serve as the pastor of the Maranatha Indonesian United Church of Christ in Madbury, New Hampshire.

2. NHICS is a nonprofit, membership-based community organization that integrates Indonesians in New Hampshire. NHICS was established in 2010, and received its nonprofit organization status in 2016. As a community organization, NHICS serves more than two thousand Indonesians in New Hampshire. NHICS has its office in Dover, New Hampshire.

## NHICS's mission and activities

3. NHICS's mission is to help foster a well-informed, well-connected, and stronger immigrant community in New Hampshire and to build a community that contributes to society.

4. At the core of NHICS's mission, NHICS and its members organize various activities for the community, from promoting Indonesian culture and food to advocating for the community. For instance, NHICS organizes cultural and food events with other organizations and invites all Indonesians and others to the events. NHICS also works with and connects the community to various government, social services, and other community-based organizations to advocate for the community members, including immigrant members. Examples include but are not limited to: working with local police to conduct public safety training; educating Indonesian Americans on how to actively participate in elections; educating and assisting members in paying their annual taxes; working with professors and local artists to develop activities for children; assisting parents of students at public schools as well as in other places such as

hospitals with interpretation/translation; providing interpretation and other administrative and emotional support for postnatal care; connecting members to social service agencies and providing interpretation for those meetings; holding community educational discussions on workplace safety and health, taxes, health insurance, immigrant rights, and domestic violence and abuse law; working with attorneys for immigration and non-immigration legal advice; preparing members for the citizenship interviews; and assisting the census survey in the community.

**NHICS's membership**

5. NHICS is a membership-based organization. Currently, NHICS has about 2,000 Indonesian and Indonesian American members throughout New Hampshire. NHICS is organized and run primarily by a team of volunteer community members and offers support services completely free of charge. NHICS does not charge for any of its services and only accepts donations.

6. NHICS's members contribute to their local communities in a number of ways. For example, one of its members works as a high school teacher, several members are police officers, and one member is a physician.

7. NHICS's members include citizens, lawful permanent residents, asylees, asylum seekers, student visa holders, DACA recipients, and undocumented noncitizens.

**President Trump's executive order affects NHICS members**

8. President Trump's executive order entitled "Protecting the Meaning and Value of American Citizenship" ("the Order") will impact NHICS's members. NHICS is aware of various members who are expecting children who will be covered by the Order.

9. For example, Gail[1] is a member of NHICS and a noncitizen Indonesian national. She entered the United States on a tourist visa in 2023. Her husband, Thomas, is also a member of NHICS and a noncitizen Indonesian national. Gail and Thomas applied for asylum in 2023, and their application remains pending. Gail is pregnant, and her due date is in late February/early March.

10. Under the Order, Gail and Thomas's child risks being deemed not be a U.S. citizen.

11. Gail and Thomas's child may be subject to removal in light of the Order. Under the Order, the child will be stripped of any legal protections, deemed to be a noncitizen, and not have any other immigration status. That means that the baby could be arrested and detained, and even deported as a noncitizen. While their parents have applied for asylum, it is not clear whether this U.S.-born child legally could be added to those applications (an issue that ordinarily never comes up because U.S.-born children are citizens). Gail and Thomas fear that their U.S.-born child could be arrested and deported under the new administration's immigration policies.

12. Gail and Thomas would like to seek a U.S. passport for their child to prove the baby's identity and citizenship to protect the baby from possible detention by local police officers and immigration agents as an undocumented noncitizen. But under the Order the child risks being deemed ineligible for a passport.

13. Gail and Thomas also fear their child could be left totally stateless. It is my understanding that Indonesia has several requirements for its nationals to pass on citizenship to children born abroad, including formal registration of birth at an Indonesian embassy. However,

---

[1] To protect their identities, I am using fictitious names to describe them.

Gail and Thomas would be afraid to report the birth because of their asylum claim. Nor can they return to Indonesia because of their fear of persecution.

14. Because of the order, the child's access to nutrition and healthcare services, such as SNAP and Medicaid, may also be threatened. I am aware of several NHICS members who rely on these programs.

15. Gail and Thomas rely primarily on Thomas's extremely limited income of approximately $300 a week, which is insufficient to cover basic living expenses, let alone additional medical or nutritional needs for their child.

16. Given these financial constraints, this family may be forced to either forgo necessary medical care for their child, or to divert money that is essential for food and shelter to cover their child's medical expenses. They may be compelled to do both.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_Sandra Pontoh_

Rev. Sandra Pontoh

Executed on Jan 21st, 2025