# EXHIBIT 19



CONSULAR OFFICE OF THE REPUBLIC OF INDONESIA IN THE UNITED STATES OF AMERICA
Electronic Consular Services

Home   Track Status

Home / Indonesian citizens / Passport Issuance

## Republic of Indonesia Travel Documents

**ISSUANCE OF EXPIRED PASSPORTS / REPLACEMENT OF DAMAGED PASSPORTS / FULL PAGES**

**ISSUANCE OF LOST PASSPORT**

**PASSPORT ISSUANCE FOR CHILDREN OF INDONESIAN CITIZENS BORN IN THE UNITED STATES AFTER AUGUST 1, 2006**

1. Reporting yourself - https://peduliwni.kemlu.go.id/beranda.html
   The self-reporting tutorial can be accessed at the link:
   https://consular.embassyofindonesia.org/lapordiri/intro.html
2. Fill out the passport application online at
   https://consular.embassyofindonesia.org/formonline/newgenid.html
3. Please come directly to the Indonesian Embassy in Washington, DC to collect biometric data (fingerprints and photos) by bringing proof of the Appointment Schedule.
4. Attach:
   - Photocopy of the Child's Birth Certificate;
   - Photocopy of Marriage Certificate or Marriage Book or Divorce Certificate of Parents and Children;
   - Photocopy of the child's foreign passport;
   - Photocopy of both parents' passports;
   - Photocopy of parents' residence permit (Indonesian Citizen - (US Visa / Immigration Stamp / Permanent Resident Card));
   - Latest color photo of the child, size 4x6 cm (1 sheet - taken within the last 3 months).
5. The cost of replacing a lost passport according to the tariff in the form of a money order addressed to (payable to): The Embassy of Indonesia . Please see the tariff here
   https://consular.embassyofindonesia.org/page/tarifkeimigrasian.html
6. As one of the administrative requirements for citizenship, the Indonesian Embassy will issue a Certificate of Proof of Registration of Children with Dual Citizenship for children of Indonesian citizens born in the United States after August 1, 2006. The applicant (or represented by the parent) will fill out the form during the service session in the Indonesian Embassy service room.
7. If the applicant wants the new passport sent to the applicant's address by post, please provide a return envelope complete with stamps/prepaid postage and *a tracking number* (Prepaid Certified Mail/Signature Confirmation Mail, USPS Priority Mail, FedEx or UPS).

**SPLP PUBLICATION**