IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-38 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

After careful consideration of the parties' submissions, the supporting declarations, the applicable law, and the filings and record in this case, the Court GRANTS Plaintiffs' Motion for Preliminary Injunction.

The Court hereby finds that Plaintiffs have demonstrated a likelihood of success on the merits of their claims; that Plaintiffs are likely to suffer irreparable harm if the order is not granted; that the potential harm to the Plaintiffs if the order is not granted outweighs the potential harm to Defendants if the order is granted; and that the issuance of this order is in the public interest.

Pursuant to Federal Rule of Civil Procedure 65(a), this Court orders that all Defendants are enjoined and restrained from enforcing President Trump's Executive Order "Protecting the Meaning and Value of American Citizenship." This Court also finds that nationwide relief is appropriate because granting complete relief to the Plaintiffs requires it, and because of the impracticality and infeasibility of administering a narrower injunction.

      This Court further waives the requirement for security under Fed. R. Civ. P. 65(c).

      This preliminary injunction shall take effect immediately upon entry of this Order and shall remain in effect until the entry of judgment in this matter or by further order of the Court.

      It is so ordered.

_____                               _____

Date                                                 United States District Judge