USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al., )
*Plaintiff* )
v. ) Case No.
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

New Hampshire Indonesian Community Support; League of United Latin American Citizens; and Make the Road New York   .

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:


Conventionally Served:


_____                    _____
Date                                              Signature