IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, et al., <br><br> *Defendants*. | Case No. 1:25-cv-00038-JL-TSM |

**ASSENTED-TO MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF ADRIANA LAFAILLE AS COUNSEL FOR PLAINTIFFS**

1.  Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, Indonesian Community Support, Legal of United Latin American Citizens, and Make the Road New York ("Plaintiffs") respectfully move this court for an order admitting Adriana Lafaille to the bar of this Court, *pro hac vice*, for the purpose of representing Plaintiffs in the above-captioned case. Ms. Lafaille is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Ms. Lafaille to appear before this Court.

2.  Ms. Lafaille is a member in good standing of the bars of Massachusetts, New York, the U.S. District Court for the District of Massachusetts, and the U.S. Court of Appeals for the First Circuit. An affidavit attesting to these facts is attached.

3.  For the foregoing reasons, Plaintiffs respectfully request that this Court grant this motion and enter an order for admission of Ms. Lafaille *pro hac vice* in the above-captioned case.

4.  Defendants assent to the relief requested in this Motion.

5.  **Certificate of Concurrence**: Pursuant to Local Rule 7.1(c), undersigned counsel

for Plaintiffs certify that Plaintiffs have made a good faith attempt to obtain concurrence in the relief sought. Plaintiffs sought concurrence on January 22, 2025 and had not yet obtained assent by the time of filing on the same date.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

A. Grant this Motion for Admission *Pro Hac Vice* of Adriana Lafaille; and

B. Grant such other and further relief as may be just and equitable.

Date: January 22, 2025                                        Respectfully submitted,

/s/ *Gilles Bissonnette*
Gilles R. Bissonnette (N.H. Bar No. 266657)
SangYeob Kim (N.H. Bar No. 266657)
Henry R. Klementowicz (N.H. Bar. No. 21177)
Chelsea Eddy (N.H. Bar No. 276248)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH  03301
Tel. 603.224.5591
sangyeob@aclu-nh.org
gilles@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al., *Plaintiffs*, v. DONALD J. TRUMP, President of the United States, in his official capacity, et al., *Defendants*. | Case No. 1:25-cv-38 |

### AFFIDAVIT OF ADRIANA LAFAILLE

I, Adriana Lafaille, do hereby depose and swear as follows:

1. In accordance with Local Rule 83.2(b)(1)(A), I am an attorney at the American Civil Liberties Union Foundation of Massachusetts, Inc. My office address is at One Center Plaza, Suite 850; Boston, MA 02108. My email address is alafaille@aclum.org, and my telephone number is (617) 482-3170.

2. In accordance with LR 83.2(b)(1)(B), the following are the courts in which I am admitted to practice, along with the years and dates of my admission.

| Court | Date of Admission | Bar Number |
|---|---|---|
| Massachusetts | December 23, 2010 | 680210 |
| New York | April 16, 2014 | 5233549 |
| U.S. District Court for the District of Massachusetts | March 19, 2013 | 680210 |
| U.S. Court of Appeals for the First Circuit | September 9, 2013 | 1150582 |

3. In accordance with LR 83.2(b)(1)(C), I am a member in good standing and eligible to practice in the above-listed courts.

-3-

-4-

4. In accordance with LR 83.2(b)(1)(D), I am not currently and have never been suspended or disbarred in any jurisdiction.

5. In accordance with LR 83.2(b)(1)(E)(1), I have not been denied admission to practice before any court.

6. In accordance with LR 83.2(b)(1)(E)(2), I have not previously been disciplined by any court, nor am I subject to any pending disciplinary matters.

7. In accordance with LR 83.2(b)(1)(E)(3), I have not been convicted of any felony or misdemeanor crimes.

8. In accordance with LR 83.2(b)(1)(F), I have not been denied admission to practice before any court, and no court has denied or revoked my pro hac vice status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 22, 2025

Respectfully submitted,

*/s/ Adriana Lafaille*
Adriana Lafaille
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 899- 0368
alafaille@aclum.org