IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-38-JL-TSM |

### PLAINTIFFS' ASSENTED-TO MOTION FOR ENTRY OF BRIEFING SCHEDULE WITH RESPECT TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs hereby file their Assented-to Motion for Entry of Briefing Schedule with Respect to Plaintiffs' January 21, 2025 Motion for Preliminary Injunction. *See* DN 24.

Since the filing of Plaintiffs' Motion for Preliminary Injunction, the parties have worked collaboratively to develop a briefing schedule for prompt resolution of this Motion in the hope that this Motion can be resolved by February 12, 2025. Urgent resolution is required because the challenged Executive Order, entitled "Protecting the Meaning and Value of American Citizenship," takes effect on February 19, 2025. Thus, Plaintiffs contend that any harm would be irreparable and, accordingly, Plaintiffs seek swift resolution and respectfully ask the Court to rule on their Motion by February 12, 2025.

The parties seek entry of the following schedule:

- Defendants will file their Objection to the Motion for Preliminary Injunction by Friday, January 31, 2025.

- Plaintiffs will file their Reply to Defendants' Objection by Friday, February 7, 2025.

- If consistent with this Court's schedule, oral argument could be heard on either Monday, February 10, 2025 or Tuesday, February 11, 2025. The parties do not oppose the argument being conducted by zoom given the number of counsel involved.

Defendants assent to the relief requested in this Motion.

WHEREFORE, for these reasons, Plaintiffs seek entry of the briefing schedule recited above with respect to their Motion for Preliminary Injunction. *See* DN 24.

Dated: January 23, 2025

Cody Wofsy
Hannah Steinberg
Stephen Kang
Spencer Amdur
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
skang@aclu.org
samdur@aclu.org

Respectfully submitted,

*/s/ Gilles Bissonnette*
SangYeob Kim (N.H. Bar No. 266657)
Gilles R. Bissonnette (N.H. Bar. No. 265393)
Henry R. Klementowicz (N.H. Bar. No. 21177)
Chelsea Eddy (N.H. Bar No. 276248)
AMERICAN CIVIL LIBERTIES UNION
OF NEW HAMPSHIRE
18 Low Avenue
Concord, New Hampshire 03301
T: 603.224.5591
sangyeob@aclu-nh.org
gilles@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org

Norm Eisen†
Tianna Mays†
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, #15180
Washington, D.C. 20003
T: (202) 594-9958
norman@statedemocracydefenders.org
tianna@statedemocracydefenders.org

Noor Zafar
Wafa Junaid
Grace Choi
Lee Gelernt
Omar Jadwat
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
nzafar@aclu.org
wjunaid@aclu.org
gchoi@aclu.org
lgelernt@aclu.org
ojadwat@aclu.org

Morenike Fajana*
Ashley Burrell*
Elizabeth Caldwell*
Morgan Humphrey*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector St., FL 5,
New York, NY 10006
(212) 217-1690
mfajana@naacpldf.org
aburrell@naacpldf.org
bcaldwell@naacpldf.org
mhumphrey@naacpldf.org

Mide Odunsi*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 249-2193
modunsi@naacpldf.org

Christopher M. Lapinig
Kimberly Wei Leung
Winifred Kao
ASIAN LAW CAUCUS
55 Columbus Ave
 San Francisco, CA 94111
 T: (415) 896-1701
christopherl@asianlawcaucus.org
kimberlyl@asianlawcaucus.org
winifredk@asianlawcaucus.org

Carol Garvan (N.H. Bar. No. 21304)
Zachary L. Heiden
AMERICAN CIVIL LIBERTIES UNION OF MAINE
FOUNDATION
P.O. Box 7860
Portland, Maine 04112
T: (207) 619.8687
cgarvan@aclumaine.org
heiden@aclumaine.org

Adriana Lafaille*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza
Suite 850
Boston, MA 02108
T: (617) 482-3170
alafaille@aclum.org

*Counsel for Plaintiffs*
†*Counsel for LULAC only*
*\* Application for admission pro hac vice forthcoming*