UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

NEW HAMPRHIRE INDONESIAN
COMMUNITY SUPPORT, *et al.*,

              *Plaintiffs*,

v.

DONALD J. TRUMP, President of the
United States, in his official capacity, *et al.*,

              *Defendants*.

Case No. 1:25-cv-38

### DEFENDANTS' CONSENT MOTION TO EXCEED PAGE LIMIT

Defendants move to exceed the page limit set forth in Local Rule 7.1(a)(3) in responding to Plaintiffs' January 21, 2025 motion for a preliminary injunction, *see* ECF No. 24. Defendants have conferred with counsel for Plaintiffs, and Plaintiffs consent to Defendants' request provided Defendants consent to Plaintiffs receiving a page limit extension for their reply in support of their motion. Defendants state as follows:

    1.    Defendants seek an extension to thirty pages to file their opposition to Plaintiffs' motion for a preliminary injunction. Good cause exists for such an extension. An overlength brief is necessary to allow Defendants to fully respond to Plaintiffs' motion for a preliminary injunction, which raises substantial legal questions. Fulsome briefing will allow Defendants to address all of the relevant issues raised in Plaintiffs' motion, ultimately assisting this Court in ruling on Plaintiffs' motion.

    2.    Defendants have conferred with Plaintiffs, who consent to the requested relief, provided Defendants consent to an extension of the page limit for their reply to fifteen pages. *See* Local Rule 7(e)(1). Defendants consent to such an extension.

3.  No memorandum supports this motion because all arguments are set forth herein. Local Rule 7.1(a)(2).

WHEREFORE, the Defendants respectfully request that this Honorable Court:

A.  Permit Defendants to submit their opposition to Plaintiffs' motion for a preliminary injunction in excess of the page limit set forth in Local Rule 7.1(a)(3), up to thirty pages;

B.  Permit Plaintiffs to submit a reply in support of their motion for a preliminary injunction in excess of the page limits set forth in Local Rule 7.1(e)(1), up to fifteen pages; and

C.  Grant such other relief as this Court deems just and equitable.

Dated: January 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*