UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT**, *et al.*,

*Plaintiffs*,

v.

**DONALD J. TRUMP**, *et al.*,

*Defendants*.

Case No. 1:25-cv-38-JL-TSM

**DEFENDANTS' OBJECTION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

NOW COMES the Defendants, Donald J. Trump, President of the United States; the U.S. Department of Homeland Security; the Secretary of Homeland Security; the U.S. Department of State; the Secretary of State; the U.S. Department of Agriculture; the Secretary of Agriculture; the Centers for Medicare and Medicaid Services; and the Administrator of the Centers for Medicare and Medicaid Services; by and through counsel, and submit this Objection to Plaintiffs' Motion for Preliminary Injunction. For the reasons stated in Defendants' attached Memorandum of Law, which is incorporated herein by reference, the Motion for Preliminary Injunction should be denied.

DATED: January 31, 2025               Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Branch Director

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG
Special Counsel
D.C. Bar No. 467513

R. CHARLIE MERRITT
YURI S. FUCHS
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-3374
Facsimile: (202) 616-8460
brad.rosenberg@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 31st day of January 2025 through the Court's electronic filing system.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG