Respectfully Submitted,

                        *Amici Curiae State of Iowa and 17 other States*

                        By their attorneys,
                        Lehmann Major List, PLLC

                        */s/Richard J. Lehmann*
                        _____

February 3, 2025        Richard J. Lehmann (Bar No. 9339)
                        6 Garvins Falls Road
                        Concord, N.H. 03301
                        (603) 731-5435
                        rick@nhlawyer.com

                        Brenna Bird
                        *Attorney General State of Iowa*
                        ERIC WESSAN
                        *Solicitor General*
                        Iowa ICIS: AT0014313
                        (515) 823- 9177
                        eric.wessan@ag.iowa.gov
                        1305 E Walnut Street
                        Des Moines, IA 50319

## **ADDITIONAL COUNSEL**

STEVE MARSHALL
Attorney General of Alabama

TIM GRIFFIN
Attorney General of Arkansas

JOHN GUARD
Acting Attorney General of Florida

RAÚL R. LABRADOR
Attorney General of Idaho

THEODORE E. ROKITA
Attorney General of Indiana

KRIS KOBACH
Attorney General of Kansas

LIZ MURRILL
Attorney General of Louisiana

LYNN FITCH

Attorney General of Mississippi

ANDREW T. BAILEY
Attorney General of Missouri

AUSTIN KNUDSEN
Attorney General of Montana

MICHAEL T. HILGERS
Attorney General of Nebraska

DREW WRIGLEY
Attorney General of North Dakota

GENTNER DRUMMOND
Attorney General of Oklahoma

ALAN WILSON
Attorney General of South Carolina

MARTY JACKLEY
Attorney General of South Dakota

DEREK E. BROWN
Attorney General of Utah

BRIDGET HILL
Attorney General of Wyoming

## **CERTIFICATION**

I hereby certify that a copy of this pleading was this day forwarded to opposing counsel via the court's electronic service system.

February 3, 2025

*/s/Richard J. Lehmann*
_____
Richard J. Lehmann