### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-38-JL-TSM |

### ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION
### OF KATHERINE COURTNEY

Per Local Rule 83.2(b), I, Henry Quillen, move the Court to allow Katherine Courtney, to appear and practice before the Court on behalf of *amici curiae* local governments and local government officials in the above-captioned matter. This motion rests on the following grounds:

1. Katherine Courtney, an attorney at Public Rights Project, 490 43rd Street, Unit 115, Oakland, CA 94609, is a member in good standing of the bars of the State of California, the District of Columbia, and the US District Court for the District of Columbia.

2. Ms. Courtney is not currently, and never has been, disbarred or suspended in any jurisdiction and is not aware of any disciplinary matters pending against her.

3. The undersigned, Henry C. Quillen, Esq., is a member of the bar of this Court and co-counsel for *amici*. Ms. Courtney shall at all times remain associated in the action with Mr. Quillen, upon whom all process, notices, and other papers shall be served, who shall sign all filings submitted to the Court and who shall attend all proceedings, unless excused by the Court.

4.    Per Local Rule 7.1(a)(2), no memorandum of law is submitted with this motion, because the relief sought rests within the sound discretion of the Court.

5.    Pursuant to Local Rule 83.2(b)(2), the required fee of $100 is being submitted herewith.

6.    Counsel for Defendants and Plaintiffs assent to the relief requested in this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order admitting Katherine Courtney as co-counsel for *amici* in the above-captioned case.

    Respectfully submitted,

    */s/ Henry C. Quillen*
    Henry C. Quillen
    New Hampshire Bar No. 265420
    WHATLEY KALLAS, LLP
    159 Middle Street, Suite 2C
    Portsmouth, New Hampshire
    Tel: (603) 294-1591
    Fax: (800) 922-4851
    Email: hquillen@whatleykallas.com

Dated: February 4, 2025