# Exhibit 1

## DECLARATION OF KATHERINE COURTNEY IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

I, Katherine Courtney, declare as follows:

1. I am an attorney for the Public Rights Project, 490 43rd Street, Unit 115, Oakland, CA 94609. My telephone number is (510) 214-6960.

2. Listed below are the courts to which I have been admitted to practice and the corresponding dates of those admissions.

| | |
|---|---|
| State Bar of California | 12/7/2021 |
| District of Columbia | 6/17/2022 |
| US District Court for the District of Columbia | 2/5/2024 |

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

4. I am not currently suspended or disbarred in any jurisdiction in which I have been admitted to practice.

5. There are no disciplinary matters against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of New Hampshire.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2025.

/s/ Katherine Courtney
Katherine Courtney
Public Rights Project
490 43rd Street, Unit 115
Oakland, CA 94609

(510) 214-6960
katiec@publicrightsproject.org

Signed and sworn before me in  Washington DC  by Katherine Courtney on January 30th, 2025.

*/s/ Lucy Caridad Borroto*

20593 , Notary Public

My commission expires 11/30/2025