**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

|  |  |  |
|---|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al., | ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | Civil Action No. 1:25-cv-00038-JL-TSM |
| v. | ) ) | |
| DONALD J. TRUMP, President of the United States, in his official capacity, et al., | ) ) ) | |
| *Defendants.* | ) ) ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Adriana Lafaille as counsel for Plaintiffs New Hampshire Indonesian Community Support, League of United Latin American Citizens, Make the Road New York in the above-captioned matter.

Dated: February 5, 2025                    Respectfully submitted,


By: /s/ *Adriana Lafaille*
    Adriana Lafaille
    AMERICAN CIVIL LIBERTIES UNION
     FOUNDATION OF MASSACHUSETTS, INC.
    One Center Plaza, Suite 850
    Boston, MA 02108
    (617) 482-3170
    alafaille@aclum.org

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2025, a true copy of the above document was filed via

the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.


February 5, 2025                              */s/ Adriana Lafaille*
                                             Adriana Lafaille