IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al.<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.<br><br>Defendants. | Civil Action No.: 1:25-cv-00038-JL-TSM |

## NOTICE OF APPEARANCE

Please enter the appearance of Katherine Courtney as counsel for *amici* Local Governments and Local Government Officials in the above-captioned matter.

Dated: February 7, 2025                                  Respectfully submitted,

                                                                           */s/ Katherine Courtney*
                                                                          Katherine Courtney
                                                                          Public Rights Project
                                                                          490 43rd Street, #115
                                                                          Oakland, CA 94609

1

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this day, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a copy will be sent automatically to all counsel of record.

                                    */s/ Katherine Courtney*
                                    Katherine Courtney

Dated: February 7, 2025