UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT**, *et al.*,

  *Plaintiffs*,

v.

**DONALD J. TRUMP**, *et al.*,

  *Defendants*.

Case No. 1:25-cv-38-JL-TSM

**ASSENTED-TO MOTION FOR DEFENDANTS' COUNSEL TO PRESENT ARGUMENT TELEPHONICALLY OR VIRTUALLY**

1. Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of New Hampshire, Defendants Donald J. Trump, U.S. Department of Homeland Security, Secretary of Homeland Security, U.S. Department of State, Secretary of State, U.S. Department of Agriculture, Secretary of Agriculture, Centers for Medicare and Medicaid Services, and the Administrator of the Centers for Medicare and Medicaid Services ("Defendants") respectfully move this Court for an order permitting Drew C. Ensign to argue on behalf of Defendants telephonically or virtually at the Court's hearing on Plaintiffs' motion for a preliminary injunction on February 10, 2025, in the event of a disruption in Mr. Ensign's travel plans.

2. Drew C. Ensign, Deputy Assistant Attorney General for Immigration Litigation in the U.S. Civil Division intends to present argument on behalf of Defendants at the Court's hearing on Plaintiffs' motion for preliminary injunction scheduled for February 10, 2025, at 8:30 AM.[1]

3. Mr. Ensign will be in transit to New Hampshire over the weekend, with the intention of arriving in Concord on the evening of Sunday, February 9, 2025.

---

[1] Mr. Ensign's notice of appearance in this matter is soon forthcoming.

1

4. However, inclement weather and snow is forecasted for the night of February 8 through the night of February 9, which could potentially disrupt Mr. Ensign's travel and his ability to attend the hearing in person.

5. In the event that Mr. Ensign's travel is disrupted as a result of this weather and in the event that he is not able to arrive in Concord for the hearing and to argue before the Court in person, Defendants respectfully request that Mr. Ensign be permitted the option of presenting his argument telephonically or virtually through a medium such as Zoom or Teams.

6. The request by Defendants is meant to ensure that counsel for the Defendants will still be able to present argument in the event of any travel disruption.

7. In the event that Mr. Ensign needs to appear telephonically or virtually in light of any travel disruption, he will inform the Court no later than 7:00 AM on February 10, 2025.

8. Plaintiffs assent to the relief requested in this Motion.

9. **Certificate of Concurrence:** Pursuant to Local Rule 7.1(c), undersigned counsel for Defendants certify that Defendants made a good faith attempt to obtain concurrence in the relief sought on February 7, 2025, and Plaintiffs provided their concurrence that day.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A. Grant this Motion for Defendants' counsel to present argument telephonically and virtually in the event of any travel disruption; and

B. Grant such other and further relief as may be just and equitable

DATED: February 7, 2025                    Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Acting Assistant Attorney General
                                              Civil Division

                                              ALEXANDER K. HAAS
                                              Branch Director

BRAD P. ROSENBERG
Special Counsel

*s/ Yuri S. Fuchs*
R. CHARLIE MERRITT
YURI S. FUCHS (CA Bar No. 300379)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-598-3869
Fax: 202-616-8460
Email: yuri.s.fuchs@usdoj.gov

*Attorneys for Defendants*