## SUPPLEMENTAL DECLARATION OF REVEREND SANDRA PONTOH, DIRECTOR OF THE NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT

I, Sandra Pontoh, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this supplemental declaration to explain how NHICS's impacted members (pregnant mothers) are affected by the uncertainty about whether injunctions issued in other lawsuits will protect them.

2. I am aware of the nationwide injunctions from courts in Washington and Maryland that were issued this week. I am also aware that these orders are not final, that the federal government has already filed an appeal as to one of those orders, and that it may ask courts to eliminate or stay those orders in full or in part. I understand that depending on what happens to those orders, NHICS's impacted members—expectant parents covered by the Order—could be left unprotected by any injunction.

3. I previously explained the kinds of harms our members will face without an injunction.

4. In addition, even while those other injunctions remain in place, the uncertainty and prospect of having any window of time where there is no direct protection is profoundly unsettling and anxiety-inducing for NHICS's impacted members. This fear would be intense under any circumstances, but these families are in particularly challenging circumstances. Our members include pregnant women and their partners, and these families are already grappling with the normal stresses, anxieties, and challenges of expectant parents. Once their babies are born, they will be juggling all the anxiety, sleep deprivation, and emotions that parents of newborns often go through. In the context of these human realities, the anxiety of wondering if protection from the executive order may be snatched away because of what happens in other cases will be particularly painful for these families.

1

5.  For example, the current situation puts significant pressure and stress on NHICS members Gail and Thomas, who expect their baby within weeks. Gail and Thomas have been eagerly waiting to meet this baby, who will be their first child. Every time they visit their OBGYN, the doctor emphasizes and reemphasizes how important it is for Gail to be happy and without stress for her own health and the health of the baby. The additional anxiety and concern that would come from denial of an injunction in this case will affect Gail and Thomas significantly.

I hereby declare under penalty of perjury that the foregoing is true and correct.

*/s/ Sandra Pontoh*
Rev. Sandra Pontoh

Executed on  February 8th , 2025