**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al., *Plaintiffs*, v. DONALD J. TRUMP, President of the United States, in his official capacity, et al., *Defendants*. | Case No. 1:25-cv-00038-JL-TSM |

**ATTORNEY SANGYEOB KIM AFFIDAVIT OF SERVICE**
**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(l)(1)**

I, SangYeob Kim, declare as follows:

1. I am an attorney with the American Civil Liberties Union of New Hampshire (ACLU-NH) and co-counsel for Plaintiffs, New Hampshire Indonesian Community Support, League of United Latin American Citizens, and Make the Road New York, in the above-captioned matter.

2. I hereby affirm that in accordance with Fed. R. Civ. P. 4(i), I properly served the named Defendants and the United States with the process by:

   a. For purposes of serving President Donald J. Trump, in his official capacity, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on January 22, 2025, to President Donald J. Trump, in his official capacity as President of the United States, The White House, 1600 Pennsylvania Avenue NW, Washington, D.C. 20500, which complies with Rule 4(i)(2). A copy of the

1

  Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on February 3, 2025 is attached herewith as <u>Exhibit A</u>;

b. For purposes of serving the U.S. Department of Homeland Security, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on January 22, 2025, to the U.S. Department of Homeland Security, 245 Murray Lane SW, Washington, D.C. 20528-0075, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on January 27, 2025 is attached herewith as <u>Exhibit B</u>;

c. For purposes of serving the Secretary of Homeland Security, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on January 22, 2025, to the Secretary of Homeland Security, the U.S. Department of Homeland Security, 245 Murray Lane SW, Washington, D.C. 20528-0075, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on January 27, 2025 is attached herewith as <u>Exhibit C</u>;

d. For purposes of serving the U.S. Department of State, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on January 22, 2025, to the U.S. Department of State, 600 19th Street NW, Suite 5.600, Washington, D.C.

    20522, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on January 27, 2025 is attached herewith as Exhibit D;

e. For purposes of serving the Secretary of State, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on January 22, 2025, to the U.S. Department of State, 600 19th Street NW, Suite 5.600, Washington, D.C. 20522, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance is attached herewith as Exhibit E;

f. For purposes of serving the U.S. Department of Agriculture, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on January 22, 2025, to the U.S. Department of Agriculture, Room 107W, Whitten Building, 1400 Independence Ave., SW., Washington, D.C. 20250-1400, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on January 27, 2025 is attached herewith as Exhibit F;

g. For purposes of serving the Secretary of Agriculture, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on January 22, 2025, to the U.S. Department of Agriculture, Room 107W, Whitten Building, 1400

    Independence Ave., SW., Washington, D.C. 20250-1400, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on January 27, 2025 is attached herewith as <u>Exhibit G</u>;

h. For purposes of serving the Centers for Medicare and Medicaid Services, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on January 22, 2025, to the Centers for Medicare and Medicaid Services, 330 Independence Ave., S.W., Room 5300, Washington, D.C. 20201, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on January 27, 2025 is attached herewith as <u>Exhibit H</u>;

i. For purposes of serving the Administrator of the Centers for Medicare and Medicaid Services, sending a copy of the Complaint and related Summons with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on January 22, 2025, to the Centers for Medicare and Medicaid Services, 330 Independence Ave., S.W., Room 5300, Washington, D.C. 20201, which complies with Rule 4(i)(2). A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on January 27, 2025 is attached herewith as <u>Exhibit I</u>;

j. For purposes of serving the United States, as required by Rule 4(i)(2), sending a copy of the Complaint and related Summonses with attached ECF notice by

U.S.P.S. Certified Mail, Return Receipt Requested, on January 22, 2025, to the U.S. Attorney's Office for the District of New Hampshire, 53 Pleasant St. 4th Fl., Concord, NH 03301, which complies with Rule 4(i)(1)(ii).  A copy of the Certified Mail Receipt and electronic delivery confirmation acknowledging acceptance on January 24, 2025 is attached herewith as Exhibit J;

I hereby declare under penalties of perjury that the foregoing is true and accurate.

/s/ SangYeob Kim  
SangYeob Kim (N.H. Bar. No. 266657)

Dated:  February 9th, 2025