# EXHIBIT B



ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE PROF…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052702574479555

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 7:53 am on January 27, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20528
January 27, 2025, 7:53 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs