# EXHIBIT G



ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE PROF…

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052702574479500

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:46 am on January 27, 2025 in WASHINGTON, DC 20250.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20250
January 27, 2025, 8:46 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs