# EXHIBIT H



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20201

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $1.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage $10.10

Total Postage and Fees $19.05

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Tracking: 9589 0710 5270 2574 4794 70

Postmark: CONCORD NH RETAIL, JAN 22 2025, USPS 03301-9998, 01/22/2025

ALERT: WINTER STORMS IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE PROF…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9589071052702574479470**

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:48 am on January 27, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room

WASHINGTON, DC 20201
January 27, 2025, 7:48 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates        ⌄

USPS Tracking Plus®         ⌄

Product Information         ⌄

See Less ⌃

Track Another Package

Feedback

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs