**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN<br>COMMUNITY SUPPORT, et al.,<br><br>            *Plaintiffs*,<br><br>            v.<br><br>DONALD J. TRUMP, President of the United<br>States, in his official capacity, et al.,<br><br>            *Defendants*. | Case No. 1:25-cv-38-JL-TSM |

**PRELIMINARY INJUNCTION**

After careful consideration of the parties' submissions, the supporting declarations, the applicable law, and the filings and record in this case, the court GRANTS Plaintiffs' Motion for Preliminary Injunction.

The court hereby finds that Plaintiffs have demonstrated a likelihood of success on the merits of their claims; that Plaintiffs are likely to suffer irreparable harm if the order is not granted; that the potential harm to the Plaintiffs if the order is not granted outweighs the potential harm to Defendants if the order is granted; and that the issuance of this order is in the public interest.

Pursuant to Federal Rule of Civil Procedure 65(a), this court orders that all Defendants are enjoined from enforcing Executive Order 14160, "Protecting the Meaning and Value of American Citizenship," in any manner with respect to the plaintiffs, and with respect to any individual or entity in any matter or instance within the jurisdiction of this court, during the pendency of this litigation.

No security is warranted or required under Fed. R. Civ. P. 65(c).

This preliminary injunction shall take effect immediately upon entry of this Order and

shall remain in effect until the entry of judgment in this matter or by further order of the court.

It is so ordered.

2/10/2025
Date

_____
Joseph N. Laplante
United States District Judge