UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-38-JL-TSM |

## MOTION FOR CLARIFICATION OF PRELIMINARY INJUNCTION

Defendants hereby move this Court to clarify the scope of the preliminary injunction it issued in this case. *See* Preliminary Injunction, ECF No. 77 (Feb. 10, 2025); Preliminary Injunction Order, ECF No. 79 (Feb. 11, 2025). The grounds for this motion are set forth in Defendants' accompanying memorandum of law.

Pursuant to Local Rule 7.1(c), undersigned counsel for Defendants certify that they conferred with Plaintiffs' counsel in a good faith attempt to obtain concurrence in the relief requested in this motion but were unable to obtain such concurrence. Plaintiffs take no position at this time pending review of the motion.

DATED: February 18, 2025               Respectfully submitted,

                                                BRETT A. SHUMATE
                                                Acting Assistant Attorney General
                                                Civil Division

                                                ALEXANDER K. HAAS
                                                Branch Director

                                                BRAD P. ROSENBERG
                                                Special Counsel

<u>s/ R. Charlie Merritt</u>
R. CHARLIE MERRITT (VA Bar No. 89400)
YURI S. FUCHS
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone:  202-616-8098
Fax: 202-616-8460
Email: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*