IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al.<br><br>*Plaintiffs*,<br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.<br><br>*Defendants*. | Civil Action No.: 1:25-cv-00038-JL-TSM |

## NOTICE OF CORRECTED APPENDIX

*Amici* Local Governments and Local Government Officials hereby provide Notice of Corrected Appendix A, which was filed with *amici*'s brief in the above-captioned matter. Doc. No. 56. The corrected appendix updates the entry for Nancy Metayer Bowen to more clearly reflect the use of her title for identifying purposes only. The Corrected Appendix A is attached as an exhibit to this notice.

Respectfully submitted,

*/s/ Henry C. Quillen*
Henry C. Quillen
New Hampshire Bar No. 265420
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, New Hampshire
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

1

Katherine Courtney
Public Rights Project
490 43rd Street, #115
Oakland, CA 94609
katiec@publicrightsproject.org
*admitted pro hac vice*

Dated: March 5, 2025