# EXHIBIT A

## Appendix A – List of *Amici Curiae*

### Local Governments

City of Alameda, California

City of Ann Arbor, Michigan

City of Austin, Texas

City of Baltimore, Maryland

Town of Chapel Hill, North Carolina

City of Chicago, Illinois

City of Columbus, Ohio

City and County of Denver, Colorado

County of El Paso, Texas

City of Minneapolis, Minnesota

County of Monterey, California

County of Montgomery, Maryland

City of Northampton, Massachusetts

City of Oakland, California

City of Sacramento, California

City of St. Paul, Minnesota

County of Santa Clara, California

City of Santa Monica, California

Travis County, Texas

City of Tucson, Arizona

City of West Hollywood, California

**Local Government Leaders**

Brenda Adams
*Supervisor, Town of Canaan, New York*

Elizabeth Alcantar
*Mayor, City of Cudahy, California*

Valarie Bachelor
*District 6 Director, Oakland Unified School District, California*

Katjana Ballantyne
*Mayor, City of Somerville, Massachusetts*

Nikki Fortunato Bas
*Supervisor, Alameda County Board of Supervisors, California*

Brian Beck
*Councilmember, City of Denton, Texas*

Sarah Benatar
*Treasurer, Coconino County, Arizona*

Johana Bencomo
*Mayor Pro Tem, City of Las Cruces, New Mexico*

Nancy Metayer Bowen,
in her individual capacity, who is
*Vice Mayor of the City of Coral Springs, Florida*

Jennifer Brouhard
*Board Director, Oakland Unified School District, California*

Lisa Brown
*Clerk and Register of Deeds, Oakland County, California*

2

Rowena Brown
*Councilmember, City of Oakland, California*

Jackie Butler
*Precinct 1 Commissioner, El Paso County, Texas*

Chris Canales
*Councilmember, City of El Paso, Texas*

Dolores Ortega Carter
*Treasurer, Travis County, Texas*

Alma Castro
*Councilmember, City of Santa Fe, Mexico*

Markus Ceniceros
*Board Member, Littleton Elementary School District, Arizona*

Michael Chameides
*Supervisor, Columbia County Board of Supervisors, New York*

John Clark
*Mayor, Town of Ridgway, Colorado*

Laura Conover
*County Attorney, Pima County, Arizona*

Alison Coombs
*Councilmember At-Large, City of Aurora, Colorado*

Rock Copeland
*Councilmember, Erie County, Pennsylvania*

Christine Corrado
*Councilmember, Town of Brighton, New York*

Becky Corran
*Councilmember, City of Las Cruces, New Mexico*

Kara Davis
*District Attorney, Wasco County, Oregon*

Olgy Diaz
*Councilmember, City of Tacoma, Washington*

Leslie Dippel
*Executive Attorney, Travis County, Texas*

Katrina Doughty
*Board Director, Multnomah Education Service District, Oregon*

Dennis Michael Dvorchak
*Supervisor, Town of Hillsdale, New York*

Jack Eckblad
*District 4 Supervisor, Milwaukee County Board of Supervisors, Wisconsin*

Bubba Fish
*Councilmember, City of Culver, California*

Sommer Foster
*Township Trustee, Township of Canton, Michigan*

Vanessa Fuentes
*Mayor Pro Tem, City of Austin, Texas*

Adrian Garcia
*Precinct 2 Commissioner, Harris County, Texas*

Alyssa Garza
*Deputy Mayor Pro Tem, City of San Marcos, Texas*

Delia Garza
*Attorney, Travis County, Texas*

Kelly Girtz
*Mayor, Athens-Clarke County Unified Government, Georgia*

Caroline Gomez-Tom
*District 14 Supervisor, Milwaukee County Board of Supervisors, Wisconsin*

Leanne Greenberg
*Governing Board Member, Osborn School District, Arizona*

Jonathan Guzmán
*Vice Chair, Lawrence School Committee, Massachusetts*

Dan Hall
*Councilmember, City of Santa Monica, California*

Beau Harbin
*Legislator, Cortland County, New York*

Bear Heiser
*Mayor Pro Tem, City of Kyle, Texas*

Iliana Holguin
*Commissioner, El Paso County, Texas*

Tistrya Houghtling
*Supervisor, Town of New Lebanon and Columbia County, New York*

Christopher Jaramillo
*Board President, Norristown Area School District, Pennsylvania*

Clay Lewis Jenkins
*Judge, Dallas County, Texas*

Lawrence Kestenbaum
*Clerk and Register of Deeds, Washtenaw County, Michigan*

Nick Komives
*Councilmember, City of Toledo, Ohio*

Phillip Kramer
*Mayor, Franklin Township, New Jersey*

Jerald Lentini
*Director, Manchester City Board of Directors, Connecticut*

Jessie Lopez
*Councilmember, City of Santa Ana, California*

Quinton Lucas
*Mayor, Kansas City, Missouri*

Neil Makhija
*Commissioner, Montgomery County, Pennsylvania*

Alexander Marion
*Auditor, City of Syracuse, New York*

Heber Marquez
*Mayor Pro Tem, City of Maywood, California*

Diana McFarland
*Board Member, Sun Prairie Area School District, Wisconsin*

Lisa McIntyre
*Board Member, Northville Public Schools, Michigan*

Yasmine-Imani McMorrin
*Councilmember, City of Culver, California*

Jessica McParlin
*Chief Deputy Treasurer, Sandoval County, New Mexico*

Andrew Meindl
*Alderman, City of Wauwatosa, Wisconsin*

Ryan Mello
*County Executive, Pierce County, Washington*

Christian Menefee
*County Attorney, Harris County, Texas*

William Moehle
*Supervisor, Town of Brighton, New York*

Sarah Moore
*Councilmember, City of Fayetteville, Arkansas*

Melissa Novoa
*Board Director, Norristown Area School District, Pennsylvania*

Amelia Parker
*Councilmember, City of Knoxville, Tennessee*

Ingrid Parker
*Board Director, Norristown Area School District, Pennsylvania*

Michael Payne
*Councilmember, City of Charlottesville, Virginia*

Isabel Piedmont-Smith
*Councilmember, City of Bloomington, Indiana*

Veronica Pillar
*Legislator, Tompkins County, New York*

Jaqueline "Jack" Porter
*Commissioner, City of Tallahassee, Florida*

Kony Serrano Portillo
*Councilmember, Town of Edmonston, Maryland*

Idelma Quintana
*Commissioner, City of Hollywood, Florida*

E. Dalia Racine
*District Attorney, Douglas County, Georgia*

Amanda Rodriguez
*Councilmember, City of San Marcos, Texas*

7

Michael Rodriguez
*Alderperson, City of Chicago, Illinois*

Kim Roney
*Councilmember, City of Asheville, North Carolina*

Ricardo Samaniego
*Judge, El Paso County, Texas*

Eli Savit
*Prosecuting Attorney, Washtenaw County, Michigan*

Elaine Schaefer
*Councilmember, Delaware County, Pennsylvania*

Steve Schroeder
*Board Member, Sun Prairie Area School District, Wisconsin*

Michael Siegrist
*Clerk, Canton Township, Michigan*

Monica Taylor
*Council Chair, Delaware County, Pennsylvania*

Clifford Thompson
*Board Director, Oakland Unified School District, California*

Jeronimo Vasquez
*Supervisor, Coconino County, Arizona*

Anissa Welch
*Mayor, City of Milton, Wisconsin*

Braxton White
*Commissioner, Clarion County, Pennsylvania*

Robin Wilt
*Councilmember, Town of Brighton, New York*

Jamila H. Winder
*Commissioner, Montgomery County, Pennsylvania*

Randall Woodfin
*Mayor, City of Birmingham, Alabama*

Chuy Zárate
*Trustee, Round Rock Independent School District, Texas*