IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00038-JL-TSM |

**ATTORNEY SANGYEOB KIM *SUPPLEMENTAL* AFFIDAVIT OF SERVICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(i)(1)**

I, SangYeob Kim, declare as follows:

1.  I am an attorney with the American Civil Liberties Union of New Hampshire (ACLU-NH) and co-counsel for Plaintiffs, New Hampshire Indonesian Community Support, League of United Latin American Citizens, and Make the Road New York, in the above-captioned matter.

2.  I hereby affirm that in accordance with Fed. R. Civ. P. 4(i)(1)(B), I properly served the United States with the process by:

    a.  For purposes of serving the United States, as required by Rule 4(i)(2), sending a copy of the Complaint and related Summonses with attached ECF notice by U.S.P.S. Certified Mail, Return Receipt Requested, on March 4, 2025, to the Attorney General of the United States at U.S. Department Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001, which complies with Rule 4(i)(1)(B). A copy of the Certified Mail Receipt and electronic

1

delivery confirmation acknowledging acceptance on March 12, 2025 is attached herewith as <u>Exhibit K</u>;

I hereby declare under penalties of perjury that the foregoing is true and accurate.

<i>/s/ SangYeob Kim</i><br>SangYeob Kim (N.H. Bar. No. 266657)

Dated:  March 12th, 2025