# **EXHIBIT K**

```
               POSTAL CENTER USA
                20 Portsmouth Ave
               Stratham, NH 03885-6546
                  603-772-7222
             www.postalcenterstratham.com


USPS First Class Mail Flat      22.10
   Track #: 70160910000116353814
   Ret Rcpt: 9590940233877227582239

       SUBTOTAL                 22.10
       TAX                       0.00
       TOTAL                    22.10
TEND Visa                       22.10

Total shipments: 0
Customer: None selected
                                03/04/2025
#566121                          10:13 AM
Workstation: 92 - Auxiliary Workstation 1
CCTran# aa81fb5c-3cc3-49d1-9a43-408787c2f522


Signature _____


       I agree to pay above total amount
            according to Card Issuer
              or Merchant Agreement
       ***********************************
           Thank you for your business!
       ***********************************
```

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70160910000116353814

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:11 am on March 12, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 12, 2025, 5:11 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20018
March 11, 2025, 3:17 pm

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20018
March 11, 2025, 1:50 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
March 11, 2025, 9:00 am

**In Transit to Next Facility**
March 9, 2025

**Arrived at USPS Origin Facility**
MANCHESTER, NH 03103

Feedback

March 4, 2025, 8:36 pm

- **USPS picked up item**
  STRATHAM, NH 03885
  March 4, 2025, 1:18 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ︿

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs