IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

NEW HAMPSHIRE INDONESIAN
COMMUNITY SUPPORT, *et al.*,

*Plaintiffs*,

v.

DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,

*Defendants*.

Case No. 1:25-CV-00038-JL-TSM

## **PLAINTIFFS' NOTICE OF RELEVANT PROCEEDINGS**

Plaintiffs hereby submit this notice of relevant proceedings to inform this Court of Defendants' stay motion with the United States Supreme Court.

A copy of the motion is attached to this notice.

1

Dated: March 13, 2025

Respectfully submitted,

*/s/ SangYeob Kim*

| | |
|---|---|
| Cody Wofsy* | SangYeob Kim (N.H. Bar No. 266657) |
| Hannah Steinberg* | Gilles R. Bissonnette (N.H. Bar. No. 265393) |
| Stephen Kang* | Henry R. Klementowicz (N.H. Bar. No. 21177) |
| Spencer Amdur* | Chelsea Eddy (N.H. Bar No. 276248) |

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
cwofsy@aclu.org
hsteinberg@aclu.org
skang@aclu.org
samdur@aclu.org

AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE
18 Low Avenue
Concord, New Hampshire 03301
T: 603.224.5591
sangyeob@aclu-nh.org
gilles@aclu-nh.org
henry@aclu-nh.org
chelsea@aclu-nh.org

Noor Zafar*
Wafa Junaid*
Grace Choi*
Lee Gelernt*
Omar Jadwat*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
nzafar@aclu.org
wjunaid@aclu.org
gchoi@aclu.org
lgelernt@aclu.org
ojadwat@aclu.org

Norm Eisen†*
Tianna Mays†*
STATE DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, #15180
Washington, D.C. 20003
T: (202) 594-9958
norman@statedemocracydefenders.org
tianna@statedemocracydefenders.org

Christopher M. Lapinig*
Kimberly Wei Leung*
Winifred Kao*
ASIAN LAW CAUCUS
55 Columbus Ave
 San Francisco, CA 94111
 T: (415) 896-1701
christopherl@asianlawcaucus.org
kimberlyl@asianlawcaucus.org
winifredk@asianlawcaucus.org

2

Morenike Fajana*  
Ashley Burrell*  
Elizabeth Caldwell*  
Morgan Humphrey*  
NAACP LEGAL DEFENSE &  
EDUCATIONAL FUND, INC.  
40 Rector St., FL 5,  
New York, NY 10006  
(212) 217-1690  
mfajana@naacpldf.org  
aburrell@naacpldf.org  
bcaldwell@naacpldf.org  
mhumphrey@naacpldf.org  

Mide Odunsi*  
NAACP LEGAL DEFENSE &  
EDUCATIONAL FUND, INC.  
700 14th Street NW, Suite 600  
Washington, DC 20005  
(202) 249-2193  
modunsi@naacpldf.org  

Carol Garvan (N.H. Bar. No. 21304)  
Zachary L. Heiden*  
AMERICAN CIVIL LIBERTIES UNION OF MAINE  
FOUNDATION  
P.O. Box 7860  
Portland, Maine 04112  
T: (207) 619.8687  
cgarvan@aclumaine.org  
heiden@aclumaine.org  

Adriana Lafaille*  
AMERICAN CIVIL LIBERTIES UNION  
FOUNDATION OF MASSACHUSETTS, INC.  
One Center Plaza  
Suite 850  
Boston, MA 02108  
T: (617) 482-3170  
alafaille@aclum.org  

*Counsel for Plaintiffs*  
†*Counsel for LULAC only*  
\* *Admitted pro hac vice*