UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 1:25-cv-00038-JL-TSM

2. TITLE OF CASE: New Hampshire Indonesian Community Support et al v. Trump et al

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Joseph Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **February 10, 2025, February 11, 2025**

8. DATE OF NOTICE OF APPEAL: **April 10, 2025**

9. FEE PAID or IFP :Not Applicable

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S) and DATES: Liza Dubois 2/10/25 Motion Hearing
    Brenda Hancock 3/14/25 Motion Hearing

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS:


cc: Counsel ore Record