**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

---

**NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT**, *et al.*,

*Plaintiffs*,

v.

**DONALD J. TRUMP**, *et al.*,

*Defendants*.

Case No. 1:25-cv-38-JL-TSM

---

**[PROPOSED] ORDER**

Upon consideration of Defendants' "Assented-To" Motion for Extension of Defendants' Response Deadline, it is this _____ day of _____ 2025

**ORDERED** that the same be, and hereby is, **GRANTED**; and it is further

**ORDERED** that Defendants' deadline to respond to the Complaint shall be, and hereby is, **EXTENDED** by 30 days, until May 27, 2025.


_____
Joseph N. Laplante
United States District Judge