UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT**, *et al.*,

  *Plaintiffs*,

v.

**DONALD J. TRUMP**, *et al.*,

  *Defendants*.

Case No. 1:25-cv-38-JL-TSM

## DEFENDANTS' MOTION TO WITHDRAW YURI S. FUCHS AS COUNSEL IN THIS CASE

Defendants respectfully move to withdraw Yuri S. Fuchs as counsel in this case. Mr. Fuchs' employment with the Department of Justice is ending, with his last in-person date being July 11, 2025. Defendants will continue to be represented by attorneys from the Department of Justice. Accordingly, Defendants respectfully request leave to withdraw Yuri S. Fuchs as counsel in this case.

DATED: July 11, 2025                Respectfully submitted,

                      BRETT A. SHUMATE
                      Assistant Attorney General
                      Civil Division

                      ERIC J. HAMILTON
                      Deputy Assistant Attorney General

                      ALEXANDER K. HAAS
                      Branch Director

                      BRAD P. ROSENBERG
                      Special Counsel

                      */s/ Yuri S. Fuchs*
                      YURI S. FUCHS (CA Bar No. 300379)
                      Trial Attorney
                      U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 398-3869
Facsimile: (202) 616-8460
yuri.s.fuchs@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 11, 2025, I electronically filed the foregoing with the Clerk of Court by using the District Court CM/ECF system. A true and correct copy of this document has been served via the Court's CM/ECF system on all counsel of record.

/s/ Yuri S. Fuchs

Yuri S. Fuchs
