UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NEW HAMPRHIRE INDONESIAN COMMUNITY SUPPORT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-38-JL-TSM |

## ASSENTED-TO MOTION TO STAY DISTRICT COURT PROCEEDINGS

Defendants respectfully move to stay all district court proceedings in this case. In support thereof, Defendants state:

1. This lawsuit challenges Executive Order 14160, "Protecting the Meaning and Value of American Citizenship."

2. Plaintiffs' Complaint was filed on January 20, 2025. *See* ECF No. 1. Plaintiffs immediately sought a preliminary injunction, which this Court granted on February 10, 2025. *See* ECF No. 77. Defendants appealed, and on October 3, 2025, the United States Court of Appeals for the First Circuit affirmed, in large part, the preliminary injunction that had been issued by this Court. *See* ECF Nos. 106, 107. The First Circuit, however, vacated the preliminary injunction to the extent it ran against the President directly and to the extent it ran against the defendant agencies themselves, rather than agency officials sued in their official capacity. *See* ECF No. 106 at 10. The First Circuit also remanded for this Court to consider certain practicalities of the preliminary injunction's operation. *See id.* at 11. This Court subsequently issued an Endorsed Order directing the parties to jointly submit, by October 14, 2025, a stipulation addressing the

First Circuit's remand.

3. In the meantime, numerous other courts have issued preliminary injunctions regarding the same Executive Order being challenged in this case. As relevant here, this same Court granted provisional class certification and issued a preliminary injunction in *"Barbara" v. Trump*, No. 25-cv-244-JL-AJ, ECF Nos. 64, 65. The United States appealed that preliminary injunction, *see id.*, ECF No. 70, and shortly thereafter filed a petition for a writ of certiorari with the Supreme Court. *See Trump v. Barbara*, No. 25-365 (U.S. filed Sept. 26, 2025). The United States has also sought certiorari in *State of Washington v. Trump*. *See Trump v. State of Washington*, No. 25-364 (U.S. filed Sept. 26, 2025).

4. As this Court noted when it entered a preliminary injunction in this case, "[t]he ultimate lawfulness of the Executive Order will surely be determined by the Supreme Court. This is as it should be." ECF No. 79 at 11. Because Plaintiffs in this case are currently protected by the class-wide preliminary injunction entered in *Barbara*, and because the United States is now seeking certiorari in both *Barbara* and *State of Washington*, there is no need at this time for this Court to evaluate the scope of its preliminary injunction in light of the First Circuit's remand, or for there to be any further proceedings in this case.

5. For these reasons, Defendants request a stay of all district court proceedings pending the Supreme Court's disposition of the petitions for writs of certiorari in both *Barbara* and *State of Washington*, including any merits proceedings if one or both petitions are granted. A stay would preserve the resources of both the parties and the Court while the Supreme Court considers these issues.

6. Undersigned counsel has conferred with counsel for Plaintiffs regarding this motion. Plaintiffs assent to the motion.

Accordingly, Defendants request that all district court proceedings be stayed pending the Supreme Court's disposition of the petitions for writs of certiorari in both *Barbara* and *State of Washington*, including any merits proceedings if one or both petitions are granted.

Dated: October 14, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

*s/ Brad P. Rosenberg*
BRAD P. ROSENBERG
(D.C. Bar No. 467513)
Special Counsel
R. CHARLIE MERRITT
Senior Counsel
KATHLEEN C. JACOBS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-3374
Fax: 202-616-8460
Email: brad.rosenberg@usdoj.gov

*Attorneys for Defendants*