UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**NEW HAMPSHIRE INDONESIAN COMMUNITY SUPPORT**, *et al.*,

  *Plaintiffs*,

v.

**DONALD J. TRUMP**, *et al.*,

  *Defendants*.

Case No. 1:25-cv-38-JL-TSM

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rule 83.6, Defendants respectfully request that undersigned counsel R. Charlie Merritt, Senior Counsel at the Department of Justice, be withdrawn as counsel for Defendants due to Mr. Merritt's impending departure from the Department. Defendants will continue to be represented in this case by other attorneys from the Department of Justice who have entered appearances.

DATED: November 10, 2025

Respectfully submitted,

 BRETT A. SHUMATE
 Assistant Attorney General

 BRAD P. ROSENBERG
 Special Counsel

 *s/ R. Charlie Merritt*
 R. CHARLIE MERRITT
 Senior Counsel (VA Bar No. 89400)
 U.S. Department of Justice
 Civil Division, Federal Programs Branch
 1100 L Street, NW
 Washington, DC 20005
 Phone: 202-598-3869
 Email: robert.c.merritt@usdoj.gov

 *Attorneys for Defendants*

1